1 | BENJAMIN B. WAGNER
United States Attorney
2 | JILL THOMAS
Assistant U.S. Attorney
3 | JUSTIN LEE
Special Assistant U.S. Attorney
4 | 501 I Street, Suite 10-100
Sacramento, California 95814
5 | Telephone: (916) 554-2800

6

7

8 |                IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )    2:06-CR-00439-GGH
                                    )
12 |            Plaintiff,          )    ORDER GRANTING
                                    )    UNITED STATES'S MOTION TO
13 |      v.                        )    DISMISS
                                    )
14 | NARCISO ANGELES RICO,          )
                                    )
15 |            Defendant.          )
    _____)
16

17 |      It is hereby ordered that the United States of America's

18 | motion to dismiss case number 2:06-CR-00439-GGH is GRANTED.

19 |      IT IS SO ORDERED.

20 | Dated: August 15, 2011

21
                               ___/s/ Gregory G. Hollows_____
22                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28